Matter No.: 3035488/JSL                                                         Atty No.: 42907

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DANIEL J. JUNGLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: |
| | ) |
| CRETE CARRIER CORORATION AND | ) |
| GEORGE MEYERS, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

NOW COME the Defendants, CRETE CARRIER CORPORATION, and GEORGE MEYERS, by and through its attorneys, SmithAmundsen LLC, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, remove this action to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, state as follows:

### BASIS FOR FEDERAL JURISDICTION

1. The movant's Notice of Removal is based upon subject matter jurisdiction conferred by diversity of citizenship, as established in 28 U.S.C. § 1332.

2. Upon information and belief, the Plaintiff, DANIEL J. JUNGLES, is a citizen of the State of Illinois. According to the Illinois Traffic Crash Report prepared by Officer ID Number 152 of the Plainfield, Illinois Police Department the plaintiff, DANIEL J. JUNGLES, had an Illinois driver's license and according to medical records submitted by plaintiff's counsel pre-suit, DANIEL J. JUNGLES had a Shorewood, Illinois address. Based on these materials, it is presumed that Daniel J. JUNGLES was a resident and citizen of the State of Illinois on April 26, 2017.

3. Defendant, CRETE CARRIER CORPORATION, is a citizen of the State of Nebraska, its state of incorporation and the location of its principal place of business. Defendant, GEORGE MEYERS, is a citizen of the State of Texas. (See Affidavit of Jamie S. Lane, attached as **Exhibit B**).

4. Complete diversity of citizenship exists between the parties, the Plaintiff, DANIEL J. JUNGLES, and the Defendants, CRETE CARRIER CORPORATION and GEORGE MEYERS.

5. This matter arises out of a motor vehicle accident which involved vehicles operated by Plaintiff, DANIEL J. JUNGLES, and Defendant, GEORGE MEYERS, as an agent and employee of CRETE CARRIER CORPORATION on Illinois Route 59 at or near its intersection with Ottawa Street, in the Village of Plainfield, County of Will, State of Illinois. (See Plaintiff's Complaint at Law, attached as **Exhibit A**).

6. The plaintiff's Complaint requests judgment in his favor in excess of $50,000.

7. Defendants have received evidence of Plaintiff's medicals bills and charges in the amount of $47,842.63 from APM Surgical Group Ltd. and $372.00 from Advanced Physical Medicine, for a total of $48,214.63 for post-accident back surgery and related care. Taking into consideration that Plaintiff's claim of causally connected medical bills in the amount of $48,214.63 and back surgery, it is reasonably foreseeable that the amount in controversy for Plaintiff's case exceeds $75,000.00, thus making this action removable. Pursuant to Plaintiff's complaint, he is alleging that he "sustained personal injuries, has lost and will in the future lose financial gains which he would have otherwise made and acquired, has been kept from attending to his ordinary affairs and duties, and has been caused pain, suffering and disability, and has

expended and will expend in the future for medical and hospital care and treatment," this puts Defendants on notice that the amount in controversy exceeds $75,000.00. (See **Exhibit A**)**.**

8. The amount in controversy in this case exceeds the jurisdictional threshold of $75,000.00.

## TIMELINESS OF REMOVAL

9. Defendant, CRETE CARRIER CORPORATION, was served with process on October 23, 2017.

10. Defendant, GEORGE MEYERS, has not been served with summons but has authorized counsel to waive service of summons and proceed with this removal.

11. This Notice was filed within thirty (30) days after Defendants, CRETE CARRIER CORPORATION and GEORGE MEYERS, "through service or otherwise," received a copy of an amended pleading, motion, order, or other paper from which the defendant could have ascertained whether the case has become removable. 28 U.S.C. § 1446(b).

## PROVIDING NOTICE TO STATE COURT

12. As required by 28 U.S.C. § 1446(d), the movant will promptly serve upon Plaintiff's counsel and file with the Circuit Court of Cook County, Illinois a true and correct copy of this Notice.

13. By removing this action, Defendants do not waive any defenses available to them.

14. If any question arises as to the propriety of the removal of this action, the movants request the opportunity to present a brief and oral argument in support of their position that this case is removable.

15. This Notice is signed and in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendants CRETE CARRIER CORPORATION and GEORGE MEYERS, by and through its attorneys, JAMIE S. LANE and SMITHAMUNDSEN LLC, pray that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

    Respectfully Submitted,

    SmithAmundsen LLC

By:   /s/Jamie S. Lane_____
       JAMIE S. LANE
       SmithAmundsen LLC
       150 North Michigan Avenue, Suite 3300
       Chicago, IL 60601
       (312) 894-3200
       (312) 894-3210 (fax)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 20th day of November 2017, she served the **Defendants' Notice of Removal** on:

William J. Burke
Costello, McMahon, Burke & Murphy, Ltd.
150 N. Wacker Drive
Suite 3050
Chicago, IL 60606

This pleading was served upon the attorney(s), as listed above via first class mail by depositing same into an envelope properly sealed and with proper postage prepaid, into the U.S. Mail at 150 North Michigan, Chicago, Illinois before 5:00 p.m., on the 20th day of November, 2017.

[x]  Pursuant to 735 ILCS 5/2-801, I certify under penalty of perjury that the foregoing is true and correct. Executed on: November, 2017

/s/Joan Kaufmann
JOAN KAUFMANN

SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Fax (312) 894-3210
E-mail: jkaufmann@salawus.com

5