# EXHIBIT A

ELECTRONICALLY FILED
10/18/2017 2:59 PM
2017-L-010581
CALENDAR: A
PAGE 1 of 3
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| DANIEL J. JUNGLES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. |
| CRETE CARRIER CORPORATION AND GEORGE MEYERS, | ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

### Negligence

Now comes plaintiff, DANIEL J. JUNGLES, by and through his attorneys, COSTELLO, MCMAHON, BURKE & MURPHY, and complaining of defendants, CRETE CARRIER CORPORATION AND GEORGE MEYERS, states as follows:

1. On April 26, 2017, Illinois Route 59 was a public highway running in a general northerly and southerly direction at or near its intersection with Ottawa Street, in the Village of Plainfield, County of Will, State of Illinois.

2. At all times relevant hereto, defendant, CRETE CARRIER CORPORATION was a foreign corporation authorized to transact business in the State of Illinois, and maintained its registered office in the City of Chicago, County of Cook, State of Illinois.

3. On April 26, 2017, defendant, GEORGE MEYERS was an agent or employee of defendant, CRETE CARRIER CORPORATION.

4. On April 26, 2017, defendant, GEORGE MEYERS, as an agent or employee of

defendant, CRETE CARRIER CORPORATION, was driving a vehicle in a general southerly direction on Illinois Route 59 at or near its intersection with Ottawa Street, in the Village of Plainfield, County of Will, State of Illinois.

5. On April 26, 2017, DANIEL J. JUNGLES, was driving a vehicle in a general southerly direction on Illinois Route 59 at or near its intersection with Ottawa Street, in the Village of Plainfield, County of Will, State of Illinois.

6. On April 26, 2017, the vehicle being driven by the defendant, GEORGE MEYERS, made contact with the vehicle being driven by the Plaintiff, DANIEL J. JUNGLES.

7. On April 26, 2017, defendants, CRETE CARRIER CORPORATION, by and through its agent or employee, GEORGE MEYERS, and GEORGE MEYERS individually, were guilty of one or more of the following negligent acts or omissions:

ELECTRONICALLY FILED
10/18/2017 2:59 PM
2017-L-010581
PAGE 2 of 3

    (a) Operated a motor vehicle without maintaining a proper lookout;

    (b) Operated a motor vehicle at a rate of speed that was greater than reasonable and proper having regard for the traffic in the use of the highway, contrary to and in violation of 625 ILCS 5/11-601;

    (c) Operated a motor vehicle with a willful or wanton disregard for the safety of persons or property contrary to and in violation of 625 ILCS 5/11-503;

    (d) Changed from a single lane of travel without first ascertaining that such movement could be made with safety, contrary to and in violation of 625 ILCS 5/11-709(a).

8. As a direct and proximate result of one or more of the foregoing negligent acts or omissions, Plaintiff, DANIEL J. JUNGLES, sustained personal injuries, has lost and will in the future lose financial gains which he would have otherwise made and acquired, has been and will

be kept from attending to his ordinary affairs and duties, has been caused pain, suffering and disability, and has expended and will expend in the future monies for medical and hospital care and treatment.

WHEREFORE, Plaintiff, DANIEL J. JUNGLES, asks judgment against defendants, CRETE CARRIER CORPORATION and GEORGE MEYERS, and each of them, in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

Respectfully submitted,

/s/ WILLIAM J. BURKE

Costello, McMahon, Burke & Murphy, Ltd.
Firm No. 26146
Attorneys for Plaintiff
150 N. Wacker Dr., Suite 3050
Chicago, IL 60606
(312) 541-9700

ELECTRONICALLY FILED
10/18/2017 2:59 PM
2017-L-010581
PAGE 3 of 3