**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DANIEL JUNGLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cv-08397 |
| | ) |
| CRETE CARRIER CORPORATION, and | ) |
| GEORGE MYERS, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO DISMISS**

By agreement of the parties and pursuant to settlement, the parties hereby stipulate to dismissal with prejudice pursuant to settlement.

SO STIPULATED:

By: _____
Richard F. Egan
Costello, McMahon, Burke & Murphy, Ltd.
150 N. Wacker Dr., Suite 3050
Chicago, IL 60606
(312) 541-9700
regan@costellaw.com

By: _____
Jamie S. Lane
SmithAmundsen LLC
150 North Michigan Avenue, #3300
Chicago, Illinois 60601
(312) 894-3334
jlane@salawus.com