**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Daniel J. Jungles
                                                 Plaintiff,

v.                                                                       Case No.: 1:17–cv–08397
                                                                                   Honorable Young B. Kim

Crete Carrier Corporation, et al.
                                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 30, 2018:

      MINUTE entry before the Honorable Young B. Kim: Pursuant to the stipulation to dismiss, (R.35), this matter is hereby dismissed with prejudice. The status hearing scheduled for November 28, 2018, is cancelled. Civil case terminated. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.